| | |
|---|---|
| 1 | LAURIE E. SHERWOOD, State Bar No. 155312 |
|   | ALEX F. PEVZNER, State Bar No. 221606 |
| 2 | WALSWORTH FRANKLIN BEVINS & McCALL, LLP |
|   | 601 Montgomery Street, Ninth Floor |
| 3 | San Francisco, California 94111-2612 |
|   | Telephone:   (415) 781-7072 |
| 4 | Facsimile:    (415) 391-6258 |
| 5 | *Of counsel*: |
|   | Rodney E. Gould, State Bar No. 238877 |
| 6 | RUBIN, HAY & GOULD, P.C. |
|   | 205 Newbury Street |
| 7 | P.O. Box 786 |
|   | Framingham, Massachusetts  01701-0786 |
| 8 | Telephone: (508) 875-5222 |
|   | Facsimile: (508) 879-6803 |
| 9 | |
|   | Attorneys for Defendant |
| 10| GEOGRAPHIC EXPEDITIONS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GEOGRAPHIC EXPEDITIONS, INC., | ) | Case No. 3:08-cv-04624-SI |
| | ) | |
| Petitioner, | ) | **[PROPOSED] ORDER GRANTING EX** |
| | ) | **PARTE APPLICATION FOR AN** |
| v. | ) | **ORDER SHORTENING TIME FOR** |
| | ) | **HEARING ON PETITIONER'S** |
| THE ESTATE OF JASON LHOTKA by ELENA | ) | **MOTION TO STAY THE STATE** |
| LHOTKA, executrix; and SANDRA MENEFEE, | ) | **COURT ACTION** |
| | ) | |
| Respondents. | ) | |

Upon considering the Ex Parte Application by Geographic Expeditions, Inc. for Order an Shortening Time for Hearing on Geographic Expedition, Inc.'s Motion to Stay the State Court Action, the Court having considered the moving papers, files in the record, and good cause having been shown:

IT IS HEREBY ORDERED that Geographic Expedition, Inc.'s application is ~~granted~~ **DENIED**. The hearing for the Motion to Stay the State Court Action will be scheduled for __Dec.12.2008__.

-1-
Case No.  3:08-cv-04624-SI
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME
504822.1
2946-3.1560

**Walsworth,**
**Franklin,**
**Bevins &**
**McCall, LLP**
*ATTORNEYS AT LAW*

1 The Court further orders the following briefing schedule:

2 • Respondents' Opposition will be filed and served on or before Nov. 19, 2008.

3 • Petitioner's Reply will be filed and served on or before Nov. 26, 2008.

5 Dated: October ____, 2008.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTICT COURT JUDGE

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

504822.1
2946-3.1560

-2-
Case No. 3:08-cv-04624-SI
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME