LAURIE E. SHERWOOD, State Bar No. 155312
ALEX F. PEVZNER, State Bar No. 221606
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:  (415) 391-6258

*Of counsel:*
Rodney E. Gould, State Bar No. 238877
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, Massachusetts 01701-0786
Telephone: (508) 875-5222
Facsimile: (508) 879-6803

Attorneys for Defendant
GEOGRAPHIC EXPEDITIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOGRAPHIC EXPEDITIONS, INC., <br><br>Petitioner,<br><br>v.<br><br>THE ESTATE OF JASON LHOTKA by ELENA LHOTKA, executrix; and SANDRA MENEFEE,<br><br>Respondents. | Case No. 3:08-cv-04624-SI <br><br>**STIPULATED JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ALL DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

**STIPULATED JOINT REQUEST**

Pursuant to Civil Local Rules 6-2 and 7-12, petitioner Geographic Expedition, Inc. ("Petitioner") and respondents The Estate of Jason Lhotka and Sandra Menefee ("Respondents") by and through their respective counsel of record, stipulate as follows:

1. On October 6, 2008, Petitioner filed a Motion to Stay the State Court Action in favor of an arbitration provision in the parties' contract.

2. The Hearing on Petitioner's Motion to Stay the State Court Action took place on December 12, 2008, and the Court has taken Petitioner's motion under submission.

3. Pursuant to the Court's October 6, 2008 Order Setting Initial Case Management Conference and ADR Deadlines ("Initial Case Management Order"), December 19, 2008 is the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the parties' discovery plan.

4. December 19, 2008, is also the last day to file Stipulation to ADR Process or Notice of Need for an ADR Phone Conference.

5. The Initial Case Management Order also provides that parties must file Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement by January 2, 2009.

6. The Initial Case Management Conference is set for January 9, 2009.

7. The Court has not yet issued an order on Petitioner's Motion to Stay the State Court Action.

8. The parties have met and conferred and agree to continue the Initial Case Management Conference and all other deadlines set forth in the Initial Case Management Order until after such time as the Court issues an order on Petitioner's Motion to Stay the State Court Action.

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AND JOINTLY REQUEST THAT:

///
///
///

-1-
Case No. 3:08-cv-04624-SI
STIPULATED JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ALL
539219.1
2946-3.1560

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

The Court continue the Initial Case Management Conference currently scheduled for January 9, 2009, and all other deadlines set forth in the Court's Initial Case Management Order until after the Court issues an order on Petitioner's Motion to Stay the Court Action.

Dated: December 19, 2008            RUBIN, HAY & GOULD, P.C.

By: _____
RODNEY E. GOULD
Attorneys for defendant GEOGRAPHIC
EXPEDITIONS, INC.

Dated: December 19, 2008            WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: _____
LAURIE E. SHERWOOD
Attorneys for Defendant GEOGRAPHIC
EXPEDITIONS, INC.

Dated: December 19, 2008            LAW OFFICES OF DAVID J. BENNION

By: _____
DAVID J. BENNION
Attorneys for Plaintiffs THE ESTATE OF JASON
LHOTKA by ELENA LHOTKA, executrix;
ELENA LHOTKA; NICHOLAS LHOTKA, by his
guardian ad litem, ELENA LHOTKA; and
SANDRA MENEFEE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference and all deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines shall be continued pending the Court's Order on Petitioner's Motion to Stay the State Action.

Dated:

The case management conference has been continued to 2/27/09

_____
The Honorable Susan Illston

-2-

Case No. 3:08-cv-04624-SI
STIPULATED JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ALL
539219.1
2946-3.1560