IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOGRAPHIC EXPEDITIONS, INC., | No. C 08-04624 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| THE ESTATE OF JASON LHOTKA by ELENA LHOTKA, executrix; and SANDRA MENEFEE, | |
| Respondents. | |

The petition to compel arbitration is denied for lack of subject matter jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/29/08

SUSAN ILLSTON
United States District Judge