1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   GEOGRAPHIC EXPEDITIONS, INC.,            No. C 08-04624 SI

9              Petitioner,                   **JUDGMENT**

10    v.

11  THE ESTATE OF JASON LHOTKA by
    ELENA LHOTKA, executrix; and SANDRA
12  MENEFEE,

13            Respondents.
                                        /
14

15          Petitioner's motion to stay the state court proceedings is denied and respondents' motion for

16  judgment on the pleadings is granted.  Judgment is entered accordingly.

17

18

19        **IT IS SO ORDERED AND ADJUDGED.**

20

21  Dated: 9/8/10                          _____
                                           SUSAN ILLSTON
22                                         United States District Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California